IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

LARRY COLTELLI,

      Appellant,

v.

      Case No.  5D22-341
      LT Case No. 2017-31215-FMCI

MARJORIE BLANCA BIRD COLTELLI,

      Appellee.

_____/

Decision filed December 27, 2022

Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Gabriela A. Bonilla, of Bonilla Law,
PLLC, Orlando, for Appellant.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EVANDER, EDWARDS and HARRIS, JJ., concur.